DOUGLAS and F.E. SWEENEY, JJ., dissent.

STRATTON, J., not participating.

**95–1184.** State ex rel. Stern v. Mascio. *Jefferson County,* No. 93–J–42. Reported at 75 Ohio St.3d 422, 662 N.E.2d 370. On motion for reconsideration. Motion denied.

STRATTON, J., not participating.

*Thursday, May 16, 1996*

## MOTION DOCKET

**95–2429.** State v. Sargeant. *Butler County,* No. CA95–03–049. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the joint motion to stay the filing of a brief on the merits,

IT IS ORDERED by the court that the motion to stay the filing of a brief on the merits be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**96–937.** In re Cash. *Madison County,* No. CA96–02–007. This cause is pending before the court as an appeal from the Court of Appeals for Madison County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.